ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Aspen Construction Company | ) ASBCA No. 64228 |
| | ) |
| Under Contract No. W91237-20-C-0007 | ) |

APPEARANCES FOR THE APPELLANT:    Jonathan R. Mayo, Esq.
    Hunter C. Reynolds, Esq.
     Smith Currie Oles LLP
     Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
    Brett R. Howard, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Middle East
     Winchester, VA

    Jacob P. Cross, Esq.
    Nathan P. Austrian, Esq.
    Bonnie B. Jagoditz, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Huntington

## CORRECTED ORDER OF DISMISSAL

Appellant's request to withdraw and dismiss its appeal with prejudice, dated September 9, 2025, is hereby granted.  The appeal is dismissed with prejudice.

Dated:  October 2, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64228, Appeal of Aspen Construction Company, rendered in conformance with the Board's Charter.

Dated:  October 2, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals